IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2522-JLK**

**YORK LOPEZ,**

    Plaintiff,

v.

**NORTHBROOK INDEMNITY COMPANY, an Illinois corporation,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Motion to Modify Stipulated Scheduling and Discovery Order and Extend Deadline for the Disclosure of Experts (doc. #17), filed June 19, 2007, is GRANTED. The Stipulated Scheduling and Discovery Order is modified to extend the deadline for the parties to exchange their initial expert disclosures up to and including July 30, 2007, and the deadline for the parties to exchange their rebuttal expert disclosures up to and including August 7, 2007.

Dated: June 20, 2007