IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2522-JLK**

**YORK LOPEZ,**

    Plaintiff,

v.

**NORTHBROOK INDEMNITY COMPANY, an Illinois corporation,**

    Defendant.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

The Joint Motion for Leave to File Stipulated Confidentiality Agreement and Order (doc. #19), filed July 16, 2007, is DENIED, with leave to re-file. The court will consider a Protective Order that more closely conforms to our standard form of protective order which is available on the court's website.

---

Dated: July 19, 2007