IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02522-JLK

YORK LOPEZ,

       Plaintiff,

v.

NORTHBROOK INDEMNITY COMPANY,

       Defendant.

_____

## ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____

Defendant's Unopposed Motion to Amend Scheduling Order (doc. #21) filed July 30, 2007, is GRANTED. The existing case deadlines are amended as follows:

1. The deadline for expert disclosures is extended up to and including August 31, 2007. The deadline for rebuttal disclosures is extended up to and including September 14, 2007.

2. The discovery cutoff is extended up to and including September 21, 2007.

3. The deadline for filing of dispositive motions is extended up to and including October 22, 2007.

DATED this 31st day of July, 2007.

                                            BY THE COURT:

                                            ***S/John L. Kane***
                                            John L. Kane, Senior Judge
                                            United States District Court