IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2522-JLK**

**YORK LOPEZ,**

    Plaintiff,

v.

**NORTHBROOK INDEMNITY COMPANY, an Illinois corporation,**

    Defendant.

___

## MINUTE ORDER
___

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Motion for leave to Modify the Stipulated Scheduling and Discovery Order (doc. 26), filed August 29, 2007, is GRANTED. The Stipulated Scheduling and Discovery Order is modified to extend the deadline for the disclosure of rebuttal experts up to and including October 25, 2007, and to extend the deadline for the cut-off of discovery up to and including November 26, 2007.

___

Dated: August 30, 2007