IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2522-JLK**

**YORK LOPEZ,**

    Plaintiff,

v.

**NORTHBROOK INDEMNITY COMPANY, an Illinois corporation,**

    Defendant.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

The Unopposed Motion to Amend Scheduling Order (doc. 29), filed October 22, 2007, is GRANTED. The Stipulated Scheduling and Discovery Order is modified as follows:
>Dispositive Motions are due November 30, 2007
>Disclosure of rebuttal experts deadline is November 30, 2007
>Fact discovery cutoff is January 7, 2008.

---

Dated: October 24, 2007