IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 06-cv-02522-JLK

YORK LOPEZ,

    Plaintiff,

v.

NORTHBROOK INDEMNITY COMPANY, an Illinois Corporation,

    Defendant.
_____

**ORDER GRANTING LEAVE
TO TAKE DEPOSITIONS OUT OF TIME AND EXTENDING
DISPOSITIVE MOTION DEADLINE**
_____

    THE COURT, has reviewed the Stipulated Motion for Leave to Take Depositions Out of Time [Filed Dec. 26, 2007, Doc. 35]. The Motion is GRANTED.

    It is ORDERED that the continued deposition of York Lopez and the depositions of Margot Burns and Ranee Shenoi, M.D. shall be completed on or before January 10, 2008. The deadline for dispositive motions is extended one week, through and including January 18, 2008.

    SO ORDERED this 9th day of January, 2008.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        Senior Judge John L. Kane