IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2522-JLK**

**YORK LOPEZ,**

    Plaintiff,

v.

**NORTHBROOK INDEMNITY COMPANY, an Illinois corporation,**

    Defendant.

## ORDER CONFIRMING DISMISSAL

Kane, J.

Consistent with the Stipulation for Dismissal with Prejudice, filed February 23, 2009, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The dismissal was effective upon the filing of the notice.

Dated: February 23, 2009

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT